Robert Wooten
2478 Van Buskirk St.
Stockton, CA. 95206
(209) 992-8101

Pro - Se

FILED

JUL 18 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ______________________
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Robert Wooten
Plaintiff,

v

State of California,
Defendant,

Gavin Newsom,
Real Party In Interest
-------------------

N0. 2:222-cv-00850TLN CKD (PS)

Civil Rights Violations Under
42 U S C 1983 & 1985

INTRODUCTION

1. It is alleged: Governor Gavin Newsom has forfeited his right under State law to hold a position of public trust in the State after the California Supreme Court ruled he had exceeded the scope of his authority as Mayor of the City and County of San Francisco, when he directed or instructed County employees to alter State marriage license laws to permit homosexuals to marry in violation of State laws.

2. Plaintiff has filed four complaints in California courts in an attempt to get the courts to adjudicate the matter and the courts have refused to grant plaintiff a hearing on the matter.

3. Plaintiff alleges the courts refusal to grant a hearing is a violation of his privileges and immunities under the Fourteenth Amendment; violates his freedom of speech, petition, due process, equal protection and voting rights, and in support of his claim alleges:

4. This is a Petition for Redress: brought under authority of the First Amendment.

5. The Petition alleges a violation of 42 U.S.C. 1983 and U.S.C. 1985. Section 1983 is available because the action is not against a judicial officer, per se, but rather against the judicial system. Because no court date was active, there was no opportunity to seek declaratory relief.

6. Section 1985 is available because the Petition alleges an obstruction of justice; that is , the unlawful act of refusing to perform a judicial function required by the State Legislature.

7. The improper refusal to grant a hearing also interferes with official court proceedings with the intent to deny Plaintiff the equal protection of the law.

8. Plaintiff is a citizen of the United States by virtue of birth. He now resides in Stockton, California, and is an elector of the State. This court is the proper venue for this natter.

9. It is alleged the refusal of State employees, acting under color of the authority of the State of California, to permit Plaintiff to exercise a right granted to all citizens of the State, in challenging the eligibility of a political candidate for State office is a violation of Plaintiff's First, Fourteenth, and Fifteenth Amendment rights.

## BACKGROUND

The Opening Statement of the California Supreme Court in Lockyer v City and County of San Francisco (2004) 33 Cal. 4th 1055, was that the issue before it was "whether a local executive official, charged with the ministerial duty of enforcing a statute, has authority to disregard the law in the absence of a judicial determination that the law is unconstitutional."

That statement could describe no one in the world other than Gavin Newsom.

"As we shall see, it is well established, both in California and else-where, …. A local executive official does not possess such authority."

" Accordingly, to the extent the Mayor (Newsom) purported to 'direct' or 'instruct' the county clerk and county recorder to take specific actions with regard to the issuance of marriage license certificates, we conclude he exceeded the scope of his authority."

"(W)e conclude that it is appropriate …. To order City officials (Newsom) to comply with applicable laws in the future, but also to direct City officials (Newsom) to take the necessary steps to remedy the continuing effect of their past unlawful actions …"

The issue before the court was Newsom. The Finding was that he exceeded the scope of his authority. The Finding was implemented when the City was directed to take the necessary steps to remedy the continuing effect of their past unlawful actions." The forfeiture was instant.

STATUTES

California Government Code Section 1770 lists events causing vacancy in office, including …. Any offense involving a violation of his or her official duties. An officer shall be deemed to have been convicted under this subdivision when trial court judgment is entered. For purposes of this subdivision, trial court judgment means a judgment by the trial court either sentencing the officer or otherwise upholding and implementing the plea, verdict, or finding.

California Government Code Section 1021 provides, " A person is disqualified from holding any office upon conviction of designated crimes as specified in the Constitution and laws of the State. Similarly, Section 3000 provides an officer forfeits office upon conviction of the above mentioned laws."

California Constitution

Article VII, Section 8, Subdivision B

California Elections Code

Section 16403

Section 16440

Section 16520

California Government Code

Section 1770

Section 1021

Section 3000

ARGUMENT

10. The First Amendment states, "Congress shall make no law .... abridging the freedom of speech ...."

11. To have political value, political speech must be conducted in some type of political atmosphere where speakers address political issues before someone, or something who has the political authority to effect change; if warranted; such as a court of law.

Effective political speech should be open, robust, and available to the public market place of ideas. so that other interested citizens can entertain, and if needed, share their concerns with the speaker. This marketplace of ideas is essential in a democratic, free thinking society.

12. This nation was founded by a convention of delegates who conducted debates in a public forum in front of spectators. That is the only manner in which public business should be transacted. The bedrock foundation of a democracy is public dialogue. Only when everyone's ideas are shared in an open marketplace of ideas can issues be resolved according to the will of the majority.

13. The First Amendment concludes by giving the concerned citizen an avenue by which the citizen can challenge the affairs of government: "Congress shall make no law .... abridging the right of the people to petition the Government for a redress of grievances."

14. The Supreme Court has held that speech and petition are cognate rights. The similar interpretation of the two clauses are dictated by the extensive common ground in the definition of the two rights. Speech can concern itself with private rights, but petitions should be about public concerns; such as the eligibility of a candidate for Governor.

15. Another issue of public concern is that the eligibility of Newsom should interest a number of potential candidates who would not run for office if he is allowed to remain a candidate. If he is declared ineligible the candidate flood gates would burst open.

16. The Fourteenth Amendment reads, in part, "....No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the law."

17. Liberty is the freedom to openly participate in the political process in the State in which a citizen of the United States resides; here it's California.

18. The California Legislature has determined that citizens of the State may challenge the eligibility of a candidate to hold office. It has provided a process, through the judiciary for doing so.

19. Here, Plaintiff has desired to challenge the eligibility of Newsom according to the law. However, the courts of California have refused to extend a privilege, which should be afforded to all citizen electors, to Petitioner.

20. Once a law has been duly established, "equal protection" should permit any qualified citizen elector the right to access its benefits according to the provisions of the law. California courts have refused to allow this "equal protection" privilege to Petitioner.

21. "No State shall .... abridge the privileges or immunities of citizens of the United States;" The right to vote is a privilege of a citizen of the United States. The elective franchise should include every aspect of the electoral process; not just the making of a mark on a piece of paper.

22. The electoral franchise should encompass the right to campaign, solicit funds, make speeches, and engage oneself in the selection of candidates. A critical component of deciding who to vote for, is to determine the qualifications of all individual candidates.

23. If it is determined a candidate has forfeited his right to hold a position of public trust one has a duty and an obligation to alert the public to his suspicions and seek to resolve the issue. People who have forfeited their right, as opposed to people who simply are not qualified, have no right to hold office.

24. One who deliberately, intentionally, violates his oath of office to uphold the constitution and laws of the State should never be permitted to hold office again.

25. The fact that there was an improper trial in which a practicing homosexual invalidated the majority will of the People of California, has no bearing on a prior violation of the law.

26. Due process should entitle Plaintiff to a hearing on the matter. The eligibility of each and every candidate should be of interest to every voter.

27. The election of an undesirable to the office of Governor is an issue of significant public interest to the whole State. Newsom supports homosexuality, which Plaintiff opposes. He has appointed trans-gender people to high government positions, which Plaintiff opposes.

28. It would not be surprising if he were Kamala Harris's running mate if she decides to run for President. That would indeed be a sad day for the United States. If he is disqualified from office that would probably end that threat.

29. Petitioner has a constitutional right to campaign against candidates he believes is undesirable to a particular office. The courts of California are unduly, impermissibly, illegally, and unconstitutionally denying Petitioner is constitutional right to actively participate in the electoral process of California and the United states.

30. This court has a constitutional duty and an obligation to protect the rights of all citizens to participate in the electoral process.

31. That is my PRAYER. Enforce the Constitution.

July 16, 2022

Robert Wooten

Robert Wooten