UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WOOTEN,<br><br>   Plaintiff,<br><br>  v.<br><br>THE STATE OF CALIFORNIA, et al.,<br><br>   Defendants. | No. 2:22-cv-00850-TLN-CKD<br><br>**ORDER** |

  Plaintiff is proceeding in this action *pro se*. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c).

  On July 6, 2022, the magistrate judge filed findings and recommendations herein which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 5.) Plaintiff has filed objections. (ECF No. 6.)

  The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///
///
///
///
///

1

Accordingly, IT IS HEREBY ORDERED THAT:

1. The Findings and Recommendations filed July 6, 2022 (ECF No. 5) are adopted in full;

2. This action is DISMISSED with prejudice; and

3. The Clerk of Court is directed to close this case.

**DATED: August 15, 2022**

Troy L. Nunley
United States District Judge