FILED

SEP 02 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

Robert Wooten
2478 Van Buskirk St.
Stockton, CA. 95206
(209) 992-8101

Pro - Se

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Robert Wooten
Plaintiff,

v
State of California,
Defendant,

Gavin Newsom,
Real Party In Interest
-------------------

NO. 2:22-cv-00850TLN CKD (PS)

RULE 60(b) Motion For Relief From Judgment

1. Now before the court is petitioner Robert Wooten's motion to reopen Wooten v The State of California, Civil Action No. 2:22-cv-00850TLN CKD (PS).

2. Wooten v The State of California was a civil rights petition that was closed on August 16, 2022 after this court affirmed the magistrate judge's recommendation that Petitioner's petition be dismissed for lack of subject matter jurisdiction. Document 4.

3. Rule 60 (b) authorizes a court to "relieve a party or a party's legal representative from a final judgment, order, or proceeding."

4. Petitioner's Petition alleged violations which presented substantial federal questions.

5. The Petition alleged violations of The First, Fourth, Fifth, Fourteenth and Fifteenth

Amendments to the United states Constitution. (By the State of California.)

6. The Fifteenth Amendment states that "The right of citizens of the United states to vote shall not be denied or abridged by the United States or by any State on account of race, color, or previous condition of servitude."

7. The Fourteenth Amendment states, in part, " ....nor shall any State deprive any person of life, liberty, or property, without due process of law.

8. Petitioner's Petition alleged at #3, " Plaintiff alleges the (California) courts refusal to grant a hearing is a violation of his privileges and immunities under the Fourteenth Amendment: and violates his freedom of speech, petition, due process, equal protection and voting rights ...."

9. At # 4, the Petition states," This is a Petition For Redress, under the First Amendment."

10. At # 5, "The Petition alleges a violation of 42 U,S.C. 1983 and U.S.C. 1985."

11. At #7, The Petition states, "The improper refusal to grant a hearing also interferes with official court proceedings with the intent to deny Plaintiff the equal protection of the law."

12. At #8, "Plaintiff is a citizen of the United States .... Is an elector of the State .... This court is the proper venue for this matter."

13. At. # 9, "It is alleged the refusal of State employees, acting under color of the State of California, to permit Plaintiff to exercise a right granted to all citizens of the State, in challenging the eligibility of a political candidate for State office is a violation of Plaintiff's First, Fourteenth, and Fifteenth Amendment rights."

14. At # 10, "The First Amendment states, "Congress shall make no law .... abridging the freedom of speech ...." By refusing to grant me a judicial hearing as required by California law, the Sacramento Superior court is denying me the opportunity to publicly express my opinion in a public forum as to the eligibility of Governor Newsom to hold office in California.

15. At # 11, "To have political value, political speech must be conducted in some type of political atmosphere where speakers address political issues before someone, or something, who has the political authority to effect change …."

16. At 13, "The First Amendment concludes by giving the concerned citizen an avenue by which the citizen can challenge the affairs of government : 'Congress shall make no law … abridging the right of the people to petition the government for a redress of grievances."

17. At 14, "The Supreme Court has held that speech and petition are cognate rights. The similar interpretation of the two clauses are dictated by the extensive common ground in the definition of the two rights. Speech can concern itself with private rights , but petitions should be about public concerns; such as the eligibility of a candidate for governor."

18. At # 16, The Fourteenth Amendment is discussed. At # 17, I state, "Liberty is the freedom to openly participate in the political processes of the State in which a citizen resides…."

19. At # 18, "The California Legislature has determined that citizens of the state may challenge the eligibility of a candidate to hold office. It has provided a process, through the judiciary for doing so."

20. #19, "Here, Plaintiff has desired to challenge the eligibility of Newsom according to the law. However, the courts of California have refused to extend a privilege, which should be afforded to all citizen electors, to Petitioner."

21. At # 20, "Once a law has been duly established, 'equal protection' should permit any qualified citizen elector the right to access its benefits according to the provisions of the law. California courts have refused to allow this 'equal protection' privilege to Petitioner."

22. At # 21, "No State shall …. Abridge the privileges or immunities of citizens of the United States." The right to vote is a privilege of a citizen of the United States. The elective

franchise should include every aspect of the electoral process; not just the making of a mark on a piece of paper.

23. #22 "The electoral franchise should encompass the right to campaign , solicit funds, make speeches, and engage oneself in the selection of candidates. A critical component of deciding who to vote for, is to determine the qualifications of all individual candidates."

24. At # 24, "One who deliberately, intentionally, violates his oath of office to uphold the constitution and laws of the State should never be permitted to hold office again."

25. At # 26, "Due process should entitle Plaintiff a hearing on the matter. The eligibility of each and every candidate should be of interest to every voter."

26. At # 29, "Petitioner has a constitutional right to campaign against candidates he believes is undesirable to a particular office. The courts of California are unduly, impermissibly, illegally, and unconstitutionally, denying petitioner his constitutional right to actively participate in the electoral process of California and the United States."

27. At # 30, "This court has a constitutional duty and an obligation to protect the rights of all citizens to participate in the electoral process."

28. Rule 11 of the Federal Rules of Civil Procedure state, in part "By presenting to the court a ....paper.... an attorney .... Certifies that to the best of the person's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances :3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery;

29. The person who made the recommendation to the court could not have read my Petition. My Petition alleges the State of California has violated the United States Constitution by not allowing me to participate in the electoral process as permitted by the California Legislature.

30. These are violations alleged to arise "under color of authority" of the state of California in violation of the Fourteenth and Fifteenth Amendments.

31. The Enforcement Act of 1870 and 1871, now codified as 42 U. S. C. 1983, and 1985, specifically authorized the federal courts to address voting rights violations arising under the Fifteenth Amendment.

32. Federal courts should have subject matter jurisdiction of all voting rights violations; plus all freedom of speech and petition, due process, privilege and immunity, and equal protection violations.

33. It is unimaginable that someone could state that this court has no subject matter jurisdiction of these issues.

34. I respectfully DEMAND this court set aside the recommendations dismissing this action and closing the case.

35. The prospective election is less than two months away. If you continue to drag your feet, the election will be over.

36. This matter has been dragging on for over four years. There is no justification for further delay.

R. Wooten

August 29, 2022

Robert Wooten

The Petition describes the alleged infractions as violations of the First, Fourth, Fifth, Fourteenth, and Fifteenth Amendments to the U. S. Constitution.